UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTWOAN LYNOTUS SASHINGTON** | **CIVIL ACTION NO:** |
| **VERSUS** | **SECTION:** |
| **GEORGIA – PACIFIC, LLC** | **JUDGE:** |
| | **MAG JUDGE:** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT FOR DAMAGES

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint for Damages of ANTWOAN LYNOTUS SASHINGTON, a person of majority age residing in Washington County, Alabama, respectfully represents:

1.

Made Defendant herein is GEORGIA – PACIFIC, LLC, a foreign limited liability company domiciled in Wilmington, Delaware with its principle business office located in Atlanta, Georgia, said Defendant authorized to do and doing business in this state and judicial district at all material times.

### FOR A FIRST CAUSE OF ACTION

2.

At all material times, Plaintiff, ANTWOAN LYNOTUS SASHINGTON, was employed by Envirovac Holdings, LLC of McIntosh, Alabama as a general laborer, for which job Plaintiff earned $12.00 per hour plus overtime and fringe benefits.

3.

On or about January 5, 2017, Plaintiff was part of an Envirovac Holdings crew sent to the Georgia – Pacific facility in Zachary, Louisiana to perform industrial cleaning services.

4.

On or about January 5, 2017, as Plaintiff was performing his assigned cleaning chores at the Georgia – Pacific facility, Plaintiff believes that a piece of equipment fell and hit a boiler adjacent to his work area. This caused hot ash to suddenly and without warning blow out of the boiler and cover Plaintiff.

5.

The incident described herein was caused by the negligence of Defendant, GEORGIA – PACIFIC, LLC, as owner and operator of the facility and boiler involved in the incident, due to Defendant's failure to maintain proper control over its equipment, failure to prevent a piece of equipment from falling and striking the subject boiler, failing to ensure that Plaintiff's assigned work area was reasonably safe and failing to ensure that hot ash would not suddenly and without warning evacuate from the boiler and burn Plaintiff.

6.

Plaintiff and his co-workers at Envirovac Holdings, LLC did not cause or contribute to the incident or Plaintiff's injuries in any manner. Defendant, GEORGIA – PACIFIC, LLC, is solely at fault for the incident and all damages described herein.

7.

As a result of the incident described herein, Plaintiff suffered severe, painful and permanently disabling burns to various parts of his body including his face and both hands,

which burns have required and will require extensive medical care, including skin debridements and graphs, as well as lengthy post-acute care rehabilitation.

8.

As a result of the incident described herein and resulting severe burn injuries, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical scarring and disfigurement, permanent physical and vocational disability, loss of wages and wage earning capacity, loss of enjoyment of life, past and future medical and rehabilitation expenses and loss of fringe benefits, for which damages Plaintiff seeks and is entitled to recover compensatory damages reasonable under the circumstances of this cause and sufficient to fully and adequately compensate Plaintiff for his severe injuries and their consequences.

9.

Jurisdiction of this first cause of action against the aforesaid Defendant, GEORGIA – PACIFIC, LLC, is based upon the diverse citizenship of the parties and an amount in controversy far exceeding $75,000.00, excluding costs and interest, pursuant to 28 U.S.C. § 1332.

10.

Plaintiff is entitled to and hereby demands a trial by jury on all claims and causes of action brought herein and that which may be brought in the future by way of amended and/or supplemental complaint.

**WHEREFORE**, Plaintiff, ANTWOAN LYNOTUS SASHINGTON, prays for judgment in his favor and against Defendant, GEORGIA – PACIFIC, LLC, in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by applicable law and for a trial by jury on all claims and causes brought herein and to be brought by way of amended and/or supplemental complaint, and for any additional relief as the facts, law and equity may require.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com

ATTORNEYS FOR PLAINTIFF

**PLEASE SERVE:**

**GEORGIA – PACIFIC, LLC**
Through its registered agent:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA  70816